IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**WEST SERVICES, INC.**                                                                 **PLAINTIFF**

v.                                           **Civil Action No. 2:09cv14-KS-MTP**

**BARKSDALE BONDING & INSURANCE, INC., et al.**            **DEFENDANTS**

## ORDER

THIS MATTER is before the court on a Motion [22] to Compel Plaintiff's Discovery Responses and a Motion [23] for Extension of Time to File Defendants' Expert Witness Designations, filed by Defendants Zurich Services Corporation and Zurich Assurance Company, and an *ore tenus* Motion for Extension of Time to File Plaintiff's Expert Witness Designations. Having considered the motions and having considered the arguments of the parties during a telephonic hearing held on this day, the court finds that the motions should be granted.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion [22] to Compel Plaintiff's Discovery Responses is granted. Plaintiff shall serve its initial disclosures, as well as its responses to Defendants' Interrogatories and Requests for Production of Documents, by October 16, 2009. Plaintiff shall also produce its documents by October 16, 2009.

2. Plaintiff's *ore tenus* Motion for Extension of Time to File Plaintiff's Expert Witness Designations is granted. Plaintiff shall file its expert witness designations by October 16, 2009.

3. Defendants' Motion [23] for Extension of Time to File Defendants' Expert Witness Designations is granted. Defendants shall file their expert witness designations by November 16, 2009.

SO ORDERED on this the 2nd day of October, 2009.

                                                              s/ Michael T. Parker
                                                              United States Magistrate Judge