IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**WEST SERVICES, INC.** **PLAINTIFF**

v.   Civil Action No. 2:09cv14-KS-MTP

**BARKSDALE BONDING & INSURANCE, INC.,**
**ZURICH ASSURANCE COMPANY OF AMERICA,**
**AND THE ZURICH SERVICES CORPORATION** **DEFENDANTS**

## ORDER GRANTING MOTION TO COMPEL DISCOVERY

THIS MATTER is before the court on the Motion to Compel Plaintiff's Discovery Responses [27] filed by Defendants Assurance Company of America and Zurich Services Corporation on October 27, 2009. Plaintiff has not responded to the motion.[1] Accordingly, the cort finds that the motion should be granted as unopposed. *See* Local Rule 7.2(C)(2).

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Compel Discovery [27] is granted.[2]

2. On or before November 13, 2009, Plaintiff shall supplement its discovery responses, as requested by Defendants in Exhibit C to the motion [27].

3. Plaintiff shall immediately provide Defendants with dates within the current discovery period when it is available to be deposed.

SO ORDERED on this the 5th day of November, 2009.

s/ Michael T. Parker
United States Magistrate Judge

---

[1] By text order dated October 29, 2009, the court expedited Plaintiff's response to the motion and ordered Plaintiff to file its response on or before November 4, 2009.

[2] The instant motion also includes a motion for extension of time to complete discovery. As this was docketed as a separate motion [28], it will be addressed by separate order.